In the United States Court of Appeals
for the Fifth Circuit

| | | |
|---|---|---|
| United States of America, | § | |
| Plaintiff-Appellee, | § | |
| v. | § | Case No. 25-40627 |
| | § | |
| Samuel David Sanford III, | § | |
| Defendant-Appellant. | § | |

<u>Appellant's Second Unopposed Motion for 30-Day Extension to File Initial Brief</u>

Appellant Sanford III respectfully moves this court for an unopposed 30-day extension of time until May 11, 2026, to file his Initial Brief, currently due April 9, 2026. The extension is requested due to workload issues listed below:

I filed the Initial Brief in *State v. Montemayor*, Seventh Court of Appeals No. 07-25-00292-CR on March 11, 2026; the Reply Brief in *United States v. Watson*, Fifth Circuit No. 25-40440 on March 18, 2026; the Reply Brief in *Jones v. State*, Eleventh Court of Appeals No. 11-25-00066-CR on March 19, 2026; and the Reply Brief in *Rains v. State*, Second Court of Appeals No. 02-26-00030-CR, on April 6, 2026.

I also have the following upcoming deadlines: the Initial Brief in *State v. Miller*, Eleventh Court of Appeals No. 11-25-00283-CR, is due on April 10, 2026; the Initial Brief in *Grassie v. State*, Seventh Court of Appeals No. 07-25-00164-CR, is due on April 13, 2026; the Initial Brief in *United States v. Burrell*, Fifth Circuit No. 25-40740, is due on April 14, 2026; the Reply Brief in *United States v. Lee*, Fifth Circuit No. 25-

1

11097, is due on April 14, 2026; the Initial Brief in *United States v. Khater*, Fifth Circuit No. 25-11098, is due on April 22, 2026; and the Initial Brief in *United States v. Reyna*, Fifth Circuit No. 25-20382, is due on April 24, 2026.

This motion is not made for purposes of delay. The United States does not oppose this request.

## Conclusion

Counsel requests an extension of time up to May 11, 2026, to file Mr. Sanford's initial brief.

Respectfully submitted,

/s/Jessica Graf
JESSICA GRAF, PLLC
11430 Quaker Ave
Ste 200 PMB 1027
Lubbock, TX 79424
jessica@jessicagraflaw.com

*Counsel for Mr. Sanford*

Certificate of Service

I certify that on April 7, 2026, I filed this Motion through the Court's ECF system. Opposing counsel has therefore been served.

/s/ Jessica Graf

2

<u>Certificate of Conference</u>

I conferred via email with AUSA Carmen Mitchell and confirmed the Government does not oppose this Motion.

<u>/s/ Jessica Graf</u>

<u>Certificate of Compliance</u>

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because it contains 237 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Goudy Old Style font.

<u>/s/ Jessica Graf</u>