# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2026

Lyle W. Cayce
Clerk

No. 25-40627
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Samuel David Sanford, III,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:24-CR-15-1

JUDGMENT

Before Willett, Duncan, and Engelhardt, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

No. 25-40627

for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.