# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 03, 2026

#20874-078
Mr. Samuel David Sanford III
FCI Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720-6040

    No. 25-40627    USA v. Sanford
                    USDC No. 3:24-CR-15-1

Dear Mr. Sanford,

We have received your motion to file an out of time Anders response. The court's opinion has already issued in this case. In light of this, we are taking no action on this motion.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Sean Hannan, Deputy Clerk
    504-310-7702